UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-61445-DMM

FREDDIE ALLEN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.

    Defendants.
_____/

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services, LLC ("Equifax") submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 14th day of August, 2015.

        /s/ *J. Anthony Love*
        J. Anthony Love
        FL Bar No. 67224
        King & Spalding LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Tel: (404) 572-4600
        Fax: (404) 572-5100
        tlove@kslaw.com
        Attorney for Defendant Equifax Information Services, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Jason Weaver
Jason Weaver PA
2750 N 29th Ave Ste 120
Hollywood, FL 33020

Dated: August 14, 2015

                                                  /s/ *J. Anthony Love*
                                                  J. Anthony Love